# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEW YORK CENTRAL MUTUAL INSURANCE COMPANY, et al.,** : | : **CIVIL ACTION NO. 3:14-0829** |
| **Plaintiffs** : | : **(JUDGE MANNION)** |
| v. : | |
| **MARGOLIS EDELSTEIN, et al.,** : | |
| **Defendants** : | |

## ORDER

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint **(Doc. 14)** is **GRANTED.**

2. Plaintiffs' Second Amended Complaint **(Doc. 6)** is **DISMISSED WITH PREJUDICE.**

3. The Clerk is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 30, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0829-01-ORDER.wpd